**Jackson Lewis P.C.**
**Equinox Fitness / Self, Victor - (PIC)**

**Time Detail**

| Date | Timekeeper | Hours | Description | Task | Activity |
|---|---|---|---|---|---|
| 05/12/14 | Mackey, T. | 0.50 | Analysis regarding removal strategy | | |
| 05/14/14 | Mackey, T. | 0.50 | Analysis regarding removal strategy | | |
| 05/14/14 | DeLaney, D. | 0.60 | Confer with T. Mackey regarding removal strategy. | | |

Jackson Lewis P.C.

Please determine whether insurance of any kind is available for any threatened or actual claim and, if there is coverage, please provide prompt and complete notice to the carrier(s) and to us.

Jackson Lewis P.C.
Equinox Fitness / Self, Victor - (PIC)

# Time Detail

| Date | Timekeeper | Hours | Description | Task | Activity |
|---|---|---|---|---|---|
| 05/22/14 | DeLaney, D. | 2.30 | Draft notice of removal. | | |
| 05/23/14 | DeLaney, D. | 0.60 | Prepare supporting declaration for removal notice. | | |
| 05/23/14 | DeLaney, D. | 0.80 | Draft SoulCycle declaration in support of removal notice. | | |
| 06/02/14 | DeLaney, D. | 3.00 | Prepare removal supporting documents. | | |

Jackson Lewis P.C.

Please determine whether insurance of any kind is available for any threatened or actual claim and, if there is coverage, please provide prompt and complete notice to the carrier(s) and to us.

Jackson Lewis P.C.
Equinox Fitness / Self, Victor - (PIC)

**Time Detail**

| Date | Timekeeper | Hours | Description | Task | Activity |
|---|---|---|---|---|---|
| 06/18/14 | DeLaney, D. | 1.60 | Prepare Rule 26 statement | | |
| 06/19/14 | DeLaney, D. | 0.40 | Draft Rule 26(f) statement. | | |
| 06/23/14 | Mackey, T. | 0.50 | Rule 26 early meeting | | |
| 06/23/14 | Mackey, T. | 0.80 | Prepare for Rule 26 early meeting | | |
| 06/23/14 | DeLaney, D. | 0.50 | Prepare for Rule 26 conference of counsel. | | |
| 06/24/14 | DeLaney, D. | 0.60 | Rule 26 conference of counsel. | | |
| 06/24/14 | DeLaney, D. | 0.50 | Prepare for Rule 26 conference of counsel. | | |

**Jackson Lewis P.C.**
**Equinox Fitness / Self, Victor - (PIC)**

# Time Detail

| Date | Timekeeper | Hours | Description | Task | Activity |
|---|---|---|---|---|---|
| 07/03/14 | DeLaney, D. | 0.80 | Prepare draft initial disclosures. | | |
| 07/07/14 | DeLaney, D. | 0.40 | Revise initial disclosures. | | |
| 07/07/14 | DeLaney, D. | 0.20 | Provide email guidance to client regarding initial disclosures. | L310 | A106 |
| 07/09/14 | Mackey, T. | 0.50 | Revise initial disclosures | L310 | A103 |
| 07/09/14 | DeLaney, D. | 0.30 | Confer with J. Hong regarding Rule 26 statement. | | |
| 07/09/14 | DeLaney, D. | 0.80 | Revise draft Rule 26 report. | | |
| 07/10/14 | DeLaney, D. | 0.20 | Review plaintiff's revisions to Rule 26 joint report. | | |
| 07/18/14 | DeLaney, D. | 1.00 | Prepare for initial scheduling conference. | L230 | A101 |
| 07/21/14 | DeLaney, D. | 1.50 | Appear at initial scheduling conference. | L230 | A109 |

Jackson Lewis P.C.

Please determine whether insurance of any kind is available for any threatened or actual claim and, if there is coverage, please provide prompt and complete notice to the carrier(s) and to us.

Jackson Lewis P.C.
Equinox Fitness / Self, Victor - (PIC)

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/30/14 | FILING FEES FOR REMOVAL IN SELF MATTER; Vendor: COURTS/USDC-CA-C; Date: 6/2/2014; From/To:  to ; Travelled: | 400.00 |

Jackson Lewis P.C.

Please determine whether insurance of any kind is available for any threatened or actual claim and, if there is coverage, please provide prompt and complete notice to the carrier(s) and to us.

**Jackson Lewis P.C.**
**Equinox Fitness / Self, Victor - (PIC)**

**Time Detail**

| Date | Timekeeper | Hours | Description | Task | Activity |
|---|---|---|---|---|---|
| 10/14/14 | Mackey, T. | 0.80 | Analyze Plaintiff's ability to amend complaint to destroy diversity | L210 | A104 |
| 10/14/14 | Mackey, T. | 0.50 | Revise correspondence to Plaintiff's counsel regarding amendment of complaint | L210 | A108 |
| 10/14/14 | Mackey, T. | 0.20 | Follow up email with Rob Hening regarding amendment to complaint | L210 | A108 |
| 10/14/14 | DeLaney, D. | 1.50 | Analyze requirements re amendment of complaint to add non-diverse party. | L210 | A104 |
| 10/14/14 | DeLaney, D. | 0.30 | Draft email to Janet Hong re position on proposed amendment to complaint. | L210 | A103 |
| 10/15/14 | Mackey, T. | 0.50 | Teleconference with Rob Hening regarding proposed amendment to complaint and remand | L210 | A108 |
| 10/15/14 | Mackey, T. | 0.40 | Report to client regarding plaintiff's request to amend complaint and remand case | L210 | A106 |
| 10/21/14 | DeLaney, D. | 0.40 | Review court rules on procedure for voluntary motion to dismiss. | L210 | A104 |
| 10/27/14 | DeLaney, D. | 0.20 | Draft opposition to Plaintiff's request for dismissal of federal court claim. | L210 | A103 |

REDACTED

# Jackson Lewis P.C.
# Time Edit List

| Transaction Date | Tkpr | Client Code | Matter Code | Status | Rate Action | Phase | Base Hours |
| Time ID | Tkpr Name | Client Name | Matter Name | Practice Group | Activity | Task | Base Amount |
| Narrative |
| *Error Message |
|---|---|---|---|---|---|---|---|
| 12/26/2014 | Mackey, Thomas G. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 2.50 |
| Revise edit opposition to motion to dismiss. |
| 12/29/2014 | Mackey, Thomas G. | Equinox Fitness | Self, Victor - (PIC) | | | | 0.80 |
| Review file opposition to motion to dismiss. |

REDACTED

# Jackson Lewis P.C.
# Time Edit List

| Transaction Date | Tkpr | Client Code | Matter Code | Status | Rate Action | Phase | Base Hours |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Time ID | Tkpr Name | Client Name | Matter Name | Practice | Activity | Task | Base Amount |
| Narrative | | | | Group | | | |
| *Error Message | | | | | | | |

| 12/08/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.50 |

Draft opposition to motion to voluntarily dismiss claims -- draft statement of facts

| 12/08/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.50 |

Evaluate potential argument in opposition to motion to voluntarily dismiss claims based upon potential loss of federal forum.

| 12/08/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.80 |

Draft opposition to motion to voluntarily dismiss claims -- draft argument that plaintiff's motion seeks to evade scheduling order, constitutes forum shopping.

| 12/09/2014 | DeLaney, | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.80 |

| Transaction Date<br>Time ID<br>Narrative<br>*Error Message | Tkpr<br>Tkpr Name | Client Code<br>Client Name | Matter Code<br>Matter Name | Status<br>Practice Group | Rate Action<br>Activity | Phase<br>Task | Base Hours<br>Base Amount |
|---|---|---|---|---|---|---|---|
| | Damien P. | | | | | | |
| Draft opposition to motion to voluntarily dismiss claims -- draft statement of facts. | | | | | | | |
| 12/09/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.50 |
| Draft motion to voluntarily dismiss claims -- draft argument that defendants are prejudiced by forum shopping and evasion of scheduling order. | | | | | | | |
| 12/09/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.30 |
| Draft motion to voluntarily dismiss claims -- assess argument that motion for leave to amend standard governs Plaintiff's voluntary dismissal. | | | | | | | |

| Transaction Date | Tkpr | Client Code | Matter Code | Status | Rate Action | Phase | Base Hours |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Time ID | Tkpr Name | Client Name | Matter Name | Practice Group | Activity | Task | Base Amount |
| Narrative | | | | | | | |
| *Error Message | | | | | | | |
| 12/19/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.00 |
| Draft opposition to motion to voluntarily dismiss claims -- draft argument that plaintiff subject to defendants' fees and costs for efforts expended in federal court. | | | | | | | |
| 12/19/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 2.30 |
| Draft motion to voluntarily dismiss claims -- draft argument that dismissal is improper forum shopping causing prejudice. | | | | | | | |
| 12/20/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.30 |
| Revise draft opposition to motion to voluntarily dismiss claims. | | | | | | | |
| 12/22/2014 | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.00 |
| Draft Declaration of Damien DeLaney in support of opposition to motion to dismiss claims. | | | | | | | |

| Transaction Date<br>Time ID<br>Narrative<br>*Error Message | Tkpr | Tkpr Name | Client Code<br>Client Name | Matter Code<br>Matter Name | Status<br>Practice Group | Rate Action<br>Activity | Phase<br>Task | Base Hours<br>Base Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $240.00 |
| 12/29/2014 | | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 0.30 |
| Address strategy for finalizing and filing opposition to motion to voluntarily dismiss complaint. | | | | | | | | |
| 12/29/2014 | | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.50 |
| Revise final version of opposition to motion to voluntarily dismiss complaint. | | | | | | | | |
| 12/29/2014 | | DeLaney, Damien P. | Equinox Fitness | Self, Victor - (PIC) | | Billable Time | | 1.10 |
| Revise final version of Declaration of Damien DeLaney in support of opposition to motion to voluntarily dismiss complaint. | | | | | | | | |