JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SELF, an individual, | ) CASE NO. CV 14-04241 MMM (AJWx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| EQUINOX HOLDINGS INC., a Delaware Corporation; SOULCYCLE HOLDINGS LLC, a Delaware Limited Liability Company; and SOULCYCLE PASADENA LLC, a California Limited Liability Company, | ) |
| Defendants. | ) |

On January 5, 2015, the court issued an order conditionally granting plaintiff's motion for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The court conditioned dismissal on plaintiff's payment of certain fees and costs incurred by defendants that will not be usable in future litigation. Specifically, on May 1, 2015, the court issued an order conditioning dismissal on plaintiff's agreement to pay $2,368.00 in fees and costs that defendants reasonably incurred to remove the action to federal court and attend the initial scheduling conference. In the order, the court informed plaintiff that he was required to file a notice of withdrawal of request for dismissal no later than May 8, 2015, if he did not wish to accede to the court's condition. Plaintiff did not file such a notice. Accordingly,

IT IS ORDERED AND ADJUDGED:

1. That plaintiff pay defendants $2,368.00 in attorneys' fees and costs; and

2. That the action be, and hereby is, dismissed without prejudice.

DATED: May 11, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE